**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| EDWARD WILSON, | : No. 571 EAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (PENNSYLVANIA TURNPIKE COMMISSION), | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.